NUMBER
13-06-206-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG

_________________________________________________________

 

REY ESQUIVEL D/B/A ESQUIVEL BAIL BONDS,              Appellant,

 

                                           v.

 

THE STATE OF TEXAS,                                              Appellee.

_________________________________________________________

 

                On
appeal from County Court at Law No. 2

                           of
Cameron County, Texas

_________________________________________________________

 

                     MEMORANDUM
OPINION

 

              Before
Justices Rodriguez, Castillo, and Garza

                       Memorandum
Opinion Per Curiam

 








Appellant, REY ESQUIVEL D/B/A ESQUIVEL BAIL BONDS,
attempted to perfect an appeal from a judgment entered by the County
Court at Law No. 2 of Cameron County, Texas, in cause number
2004-CCL-1430-B. 
Judgment in this cause was signed on April 27,
2005.  A timely motion for new trial was
filed on May 20, 2005.  Pursuant to Tex.
R. App. P. 26.1, appellant=s notice of appeal was
due on July 26, 2005, but was not filed until March 27, 2006.  

Notice of this defect was given so that steps could be taken to
correct the defect, if it could be done. 
Appellant was advised that, if the defect was not corrected within ten
days from the date of receipt of this Court=s letter, the appeal would be dismissed.  To date, no response has been received from
appellant.

The Court, having examined and fully considered the documents on file,
appellant=s failure to timely
perfect his appeal, and appellant=s failure to respond
to this Court=s notice, is of the
opinion that the appeal should be dismissed for want of jurisdiction.  The appeal is hereby DISMISSED FOR WANT OF
JURISDICTION.

PER CURIAM

 

 

Memorandum Opinion
delivered and filed this

the 8th day of June, 2006.